```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,        )
                                 )    1:06-CR-00171 OWW
            Plaintiff,           )
    vs.                          )
                                 )    ORDER EXONERATING BOND
JOSE LUIS ORTIZ HERNANDEZ        )    AND FOR RETURN OF NOTES
                                 )    AND DEEDS OF TRUST
            Defendants.          )
_____)
```

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2006-0219474**
IT IS SO ORDERED.

Dated:   December 17, 2009              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE